**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 18 B 20397 |
| TERESA MARIE RASCON | CHAPTER 13 |
| Debtor | JUDGE: DONALD R. CASSLING |

## **NOTICE OF MOTION**

Please take notice that on October 20, 2022, at 9:30 a.m., I will appear before the Honorable Judge DONALD R. CASSLING, or any judge sitting in the judge's place and present the motion set forth below.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

> **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.
> **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.
> **Meeting ID and password**. The meeting ID for this hearing is 161 414 7941 and the passcode is 619. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Thomas H. Hooper
Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 18 B 20397 |
| TERESA MARIE RASCON | CHAPTER 13 |
| Debtor | JUDGE: DONALD R. CASSLING |

### TRUSTEE'S MOTION FOR SANCTONS

Now comes Thomas H. Hooper, Chapter 13 Trustee, pursuant to § 362(k) of the Bankruptcy Code moves this Honorable Court for Sanctions to be entered against US Bank Trust National Association, as Trustee of CVF III Mortgage Loan Trust III (US Bank) and in support thereof states as follows:

1. The Court has jurisdiction over this proceeding pursuant to 28 USC § 1334 and this is a core proceeding pursuant to 28 USC § 157(b).

2. The debtor's plan, which was confirmed by this court on September 20, 2018, does not provide any treatment for the claim of US Bank, a creditor secured by debtor's residence located at 3806 Highland Avenue in Berwyn, Illinois.

3. On September 28, 2018, US Bank filed a claim (Exhibit A) in the amount of $10,000.00, a claim (Exhibit B) which was amended on October 1,2020, in that same amount.

4. In February 2020 trustee commenced making payments on the original claim and paid a total of $908.15 on said claim through April 2020.

5. On May 21, 2020 this court entered an Order (Exhibit C) at the request of the debtor, modifying the plan to state "No payment shall be made to US Bank/Shellpoint as no payments come due during the duration of the case."

6. Trustee, therefore, believes that US Bank received funds that they should not have been entitled to and has sought to obtain a refund of the funds paid to it.

7. The Trustee advised US Bank on April 15. 2022 (Exhibit D) and May 20, 2022 (Exhibit E) by letter regarding these payments and requested that the funds be refunded to the Trustee. The Trustee has not received the funds or a response to his letters.

8. The funds being held by US Bank are property of the estate pursuant to §§ 541(a)(7) and 1306(a)(1) of the Bankruptcy Code.

9. § 542(a) of the Bankruptcy Code provides that an entity in possession or control of property of the estate shall deliver to Trustee and account for such property.

10. § 362(a)(3) of the Bankruptcy Code operates as a stay to exercise control over the property of the estate.

11. § 362(k) of the Bankruptcy Code provides that an individual injured by any willful violation of a stay provided for by that section shall recover actual damages, including costs and attorney's fees.

12. US Bank's failure to return possession of the aforementioned property of the estate to the Trustee is willful and the Trustee has been damaged thereby.

WHEREFORE, the Trustee requests that this Court enter an Order for Sanctions against US Bank Trust National Association, as Trustee of CVF III Mortgage Loan Trust III in the amount of $908.15 and for said amount to be payable to the estate within 21 days hereof to be distributed pursuant to the confirmed plan, and for any further relief that this Court deems is proper.

/s/Thomas H. Hooper
Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was mailed to the following interested parties who have not been electronically notified by first class mail on October 3, 2022.

Teresa Marie Rascon, **Via First Class US Mail**
3806 Highland Avenue
Berwyn, IL 60402

Kyle T Dallmann, **Via ECF**
Geraci Law LLC
55 E. Monroe St., Suite 3400
Chicago, IL 60603

US Bank Trust National Association, **Via First Class US Mail**
as Trustee of CVF III Mortgage Loan Trust III
c/o NewRez LLC dba Shellpoint Mortgage Servicing
PO Box 10826
Greenville, South Carolina 29603-0826

Patrick S Layng, **Via ECF**
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604

/s/ Thomas H. Hooper
Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900